No. 555. C. R. KIRK & Co. *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Court of Claims denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. James A. Cosgrove* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* and *Mrs. Elizabeth B. Davis* for the United States.

No. 543. ILSENG *v.* UNITED STATES;
No. 544. ILSENG *v.* UNITED STATES; and
No. 545. McKERCHER *v.* UNITED STATES. October 20, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. David H. Cannon* for petitioners. *Assistant Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States. Reported below: 120 F. 2d 823.

No. 585. JONES *v.* KENNEDY ET AL. October 20, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE REED, MR. JUSTICE DOUGLAS, and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. James J. Laughlin* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Richard H. Demuth, Chester T. Lane, James A. Pike,* and *Robert E. Kline, Jr.* for James M. Landis et al., respondents.